IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL KING | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. NO.: 1:13-cv-00898SS |
| | § | |
| DCOMM, INC. and | § | |
| HAKAN BALTAOGLU, | § | |
| *Defendants.* | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Michael King and Defendants DCOMM, Inc. and Hakan Baltaoglu pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) file this Stipulation Of Dismissal With Prejudice as follows.

The parties have resolved all matters in dispute by agreement. The parties agree that this suit is dismissed with prejudice. The parties agree that each party shall bear its own costs of court.

Respectfully submitted,

/s/Charles L. Scalise
DANIEL B. ROSS
State Bar No. 00789810
DBR@rosslawpc.om
CHARLES L. SCALISE
State Bar No. 24064621
Charles@rosslawgroup.com
Ross Law Group
1104 San Antonio Street
Austin, Texas 78701
Telephone: 512-474-7677
Facsimile: 512-474-5306
**ATTORNEYS FOR PLAINTIFF MICHAEL KING**

/s/Tonia L. Lucio
TONIA L. LUCIO
State Bar No. 00793080
TLucio@rrsfirm.com
CHASE C. HAMILTON
State Bar No. 24059881
CHamilton@rrsfirm.com
Richards Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Tel: (512) 476-0005
Fax: (512) 476-1513
**ATTORNEYS FOR DEFENDANTSDCOMM, INC. AND HAKAN BALTAOGLU**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2014, a true and correct copy of the foregoing document has been electronically filed on the CM/ECF system, and a copy forwarded to the following parties as follows:

Charles L. Scalise
Daniel B. Ross
Ross Law Group
1104 San Antonio Street
Austin, Texas 78701
Charles@rosslawgroup.com

/s/Tonia L. Lucio
Tonia Lucio